IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RICHARD W. WEYAND, § | |
| § | |
| Plaintiff, § | |
| § | CASE NO. 4:06cv343 |
| v. § | |
| § | |
| THE HUBMAN FOUNDATION, § | |
| TIM HUBMAN, INDIVIDUALLY § | |
| GREAT EASTERN SECURITIES, INC., § | |
| PENSON FINANCIAL SERVICES, INC, § | |
| and NAPIS, INC., § | |
| § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 2, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Enter Judgment and to Find Facts and State Conclusions of Law (Dkt. 62) and Intervenor Chapman Group II LLC and Defendants' Joint Motion to Find Facts and State Conclusions of Law and to Enter Partial Judgment (Dkt. 72) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

of the Court. Therefore, Defendants' Motion to Enter Judgment and to Find Facts and State Conclusions of Law (Dkt. 62) and Intervenor Chapman Group II LLC and Defendants' Joint Motion to Find Facts and State Conclusions of Law and to Enter Partial Judgment (Dkt. 72) are DENIED.

**IT IS SO ORDERED.**

**SIGNED this 10th day of November, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE